293

**Claire FERRIS, Trustee or Estate of Lamont William Bowman, etc., v. Martin LOPERENA et al.**

No. 9315.

Circuit Court of Appeals, Ninth Circuit.
April 13, 1942.

Charles Peckham, of Los Angeles, Cal., for appellant Ferris, Trustee.

J. Earl Haskins, of Los Angeles, Cal., for debtor.

Claude I. Parker, Ralph W. Smith, and John Moore Robinson, all of Los Angeles, Cal., for appellant Brunswig Drug.

Sloane & Steiner, of San Diego, Cal., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal herein, In re Bowman, D.C., 24 F.Supp. 381, dismissed, that a decree be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**HARLAN TOWN COAL COMPANY, Appellant, v. A. B. CORNETT and D. B. Cornett, Appellees.**

No. 8956.

Circuit Court of Appeals, Sixth Circuit.
April 9, 1942.

James H. Jeffries and Cleon K. Calvert, both of Pineville, Ky., and Wm. Lewis & Son, of London, Ky., for appellant.

J. J. Greenleaf, of Richmond, Ky., for appellees.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, briefs and arguments of counsel, and it appearing that there was substantial evidence to support the District Court's findings of fact, and that there is no reversible error in its conclusions of law or upon the record, it is ordered, adjudged and decreed that the decree appealed from be and the same is in all things affirmed.

**HOLLY DEVELOPMENT COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 10086.

Circuit Court of Appeals, Ninth Circuit.
March 16, 1942.

Llewellyn A. Luce, of Washington, D. C., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petition to review herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.